IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHASITY FORTENBERRY, on behalf of herself and all similarly situated individuals, | ) ) ) Civil Action ) File No. 1:13-cv-00517-AT |
| Plaintiff, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) |
| PROMONTORY FINANCIAL GROUP, LLC, | ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER

Upon the filing of Plaintiff Chasity Fortenberry ("Plaintiff") and Proposed Intervenor SolomonEdwardsGroup LLC'S ("SEG") Joint Motion to Stay Proceedings and the accompanying Stipulation to Arbitrate Claims and to Stay Action Pending Arbitration, this Court finds that the Joint Motion should be GRANTED.

It is therefore ORDERED that the action is stayed pending completion of mediation and arbitration before the American Arbitration Association ("AAA") as outlined in Plaintiff and SEG's Stipulation to Arbitrate Claims and to Stay Action Pending Arbitration; that this case is administratively closed; and that the hearing scheduled in this matter for January 15, 2014 at 10:30 AM in Courtroom 2308 is

cancelled.

Signed this 9th day of January, 2014.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE