IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHASITY FORTENBERRY, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>PROMONTORY FINANCIAL GROUP, LLC,<br><br>    Defendant. | )<br>)<br>)  Civil Action<br>)  File No. 1:13-cv-00517-AT<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES DUANE MORRIS LLP and respectfully requests the withdrawal of Sara J. Bass as attorney of record and the substitution of Adam C. Keating as counsel of record for Proposed Intervenor SolomonEdwardsGroup, LLC. Further communications, correspondence, and orders may be directed to Applicant's counsel at the addresses reflected below:

>  Adam C. Keating
>  DUANE MORRIS LLP
>  1075 Peachtree St. NE, Suite 2000
>  Atlanta, Georgia  30309
>  Telephone:  404.253.6916
>  Facsimile:  404.745.8435
>  E-mail:  akeating@duanemorris.com

Respectfully submitted, this 6th day of February, 2014.

DM2\4744555.1

- 2 -

DUANE MORRIS LLP

/s/ *Adam C. Keating*
Adam C. Keating
Georgia Bar No. 202672
1075 Peachtree St. NE, Suite 2000
Atlanta, Georgia  30309
Telephone:  404.253.6900
Facsimile:  404.253.6901
Email:  akeating@duanemorris.com

*Attorney for Proposed Intervener*
*SolomonEdwardsGroup, LLC*

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1(D), the undersigned certifies that this document was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1(B).

This 6th day of February, 2014.

                                              */s/ Adam C. Keating*
                                              Adam C. Keating
                                              Georgia Bar No. 202672

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 6, 2014, a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 6th day of February, 2014.

>    /s/ *Adam C. Keating*
>    Adam C. Keating
>    Georgia Bar No. 202672